CHARLES McCORD et al., Respondents, v. MICHAEL J. PICHEL et al., Appellants.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.